IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS M. SAVAGE ) | |
| ) | |
| Plaintiff, ) | Case Number: |
| ) | |
| v. ) | |
| ) | |
| OFFICER TOLIVER and ) | 2:07cv782-MEF |
| OFFICER PARKS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Parks hereby gives Notice of Removal of this action from the District Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division, as follows:

### Commencement of the Case

1.   This action was commenced on June 15, 2007, with the filing of a Summons and Complaint in Civil Action No. SM-07-2188, in the District Court of Montgomery County, Alabama. (Exhibit "A")  Service was perfected on Defendant Parks on August 21, 2007.  Service on the Defendant identified as "Officer Toliver" has not been perfected because there is no such officer employed at the Montgomery County Detention Facility. (Ex. "A")

### Jurisdictional Statement

2.   In his Complaint, Plaintiff claims that the Defendants confiscated his personal property and thus deprived him of property without due process of law. Pursuant to 28 U.S.C. §1331, this Court would have original jurisdiction over Plaintiff's

claim for violation of his constitutional rights under the Fourteenth Amendment of the United States Constitution. Plaintiff is an inmate and his claim is thus cognizable in this Court pursuant to the Prison Litigation Reform Act, 42 U.S.C § 1997e(a).

### Timeliness of Removal

3. Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant is timely removing this action within thirty days after service of the Complaint, the pleading from which it was first ascertained that this case has become removable. 28 U.S.C. § 1446(b).

### Removal to Middle District of Alabama

4. Removal is proper to the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 81, as Montgomery County is within its boundaries. Pursuant to 28 U.S.C. § 1441, this action is being removed to this Court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

5. Pursuant to Local Rules 3.1 and 81.1, and 28 U.S.C. § 1446, a completed civil cover sheet and clear and legible copies of all pleadings, motions, orders and other papers filed and served in this action are attached as Exhibit "A."

### Notice to State Court

6. Contemporaneously with the filing of this Notice of Removal in this Court, and in accordance with 28 U.S.C. § 1446(d), Defendant has sent written Notice of Removal to Plaintiff at the Montgomery County Detention Facility, Post Office Box 4599, Montgomery, Alabama 36103, and has filed a copy of this Notice with the Clerk of the District Court of Montgomery County, Alabama.

## No Admission of Fact or Law

7. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

## Conclusion

WHEREFORE, THE PREMISES CONSIDERED, the Defendant respectfully submits that this action should be removed from the District Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this 30th day of August, 2007.

_____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendant Officer Parks

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 30th day of August, 2007, addressed as follows:

Thomas M. Savage
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama


_____
Of Counsel

27635

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2  Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br>SM07-2188 |
|---|---|---|

IN THE ___Circuit___ COURT OF ___Montgomery___, ALABAMA
(Circuit, District, or Municipal)   (Name of County or Municipality)

STYLE OF CASE: ___Thomas M. Savage___ v. ___Officer, Tolisen, et al.,___
Plaintiff(s)   Defendant(s)

TYPE OF PROCEEDING: ___Due process___   CHARGE(s) (if applicable): _____

☑ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. Request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**

1. **IDENTIFICATION**
   Full name ___Thomas Mickey Savage___    Date of birth ___11/28/58___
   Spouse's full name (if married) ___No Spouse___
   Complete home address ___No home address___

   Number of people living in household ___One___
   Home telephone number ___N/A___
   Occupation/Job _____   Length of employment _____
   Driver's license number ___N/A___   *Social Security Number ___Unknown___
   Employer ___N/A___   Employer's telephone number ___N/A___
   Employer's address ___N/A___

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other ___No assistance Benefits___

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   Monthly Gross Income ................................................... $ 00
   Spouse's Monthly Gross Income (unless a marital offense) ..... 00
   Other Earnings: Commissions, Bonuses, Interest Income, etc. .. 00
   Contributions from Other People Living in Household .......... 00
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc. ............................... 00
   Other Income (be specific) ___00___ ................................. 00
   **TOTAL MONTHLY GROSS INCOME** ........................... $ 00

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage ....................................................... $ 00
      Total Utilities: Gas, Electricity, Water, etc. ................. 00
      Food ...................................................................... 00
      Clothing ................................................................. 00
      Health Care/Medical ................................................ 00
      Insurance ............................................................... 00
      Car Payment(s)/Transportation Expenses .................... 00
      Loan Payment(s) ..................................................... 00

Form C-10 Page 2 of 2  Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses: (cont'd page 1)
- Credit Card Payment(s) 00
- Educational/Employment Expenses 00
- Other Expenses (be specific) 00
  00

Sub-Total          A $ 00

B. Child Support Payment(s)/Alimony    $ 00

Sub-Total          B $ 00

C. Exceptional Expenses         $ 00

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ 00

Total Gross Monthly Income Less total monthly expenses:

DISPOSABLE MONTHLY INCOME           $ 00

4. LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)     $ 00
Equity in Real Estate (value of property less what you owe)    00
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    00
Other (be specific)
Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)    00
If so, describe 00
00

TOTAL LIQUID ASSETS         $ 00

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _____, 19 _____.

Affiant's Signature: Thomas Savage

Print or Type Name: Thomas Savage

Judge/Clerk/Notary _____

ORDER OF COURT

**SECTION II.**
**IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☒ Affiant is indigent and request is GRANTED.
☒ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, as costs of court.
Done this _____ day of _____.

Judge _____

| State of Alabama<br>Unified Judicial System<br><br>Form SM-1 (front) Rev. 3/95 | STATEMENT OF CLAIM<br>(Complaint)<br>General | Case Number<br><br>SM07-2188 |
|---|---|---|

IN THE SMALL CLAIMS COURT OF _Montgomery_ , ALABAMA
(Name of County)

_Thomas M. Savage_ v. _Officer, Toliver,_
**Plaintiff**                                    _Officer, Parks_
                                                   **Defendant**

Plaintiff's Home Address: M.C.D.F. P.O. Box 4599 Montgomery, Alabama 36103.

Defendant's Home Address: 251 South Lawrence Street Montgomery, Alabama 36104

Plaintiff's Attorney's Address:

Additional Defendant(s) and Addresses:

*JUN 2007 Received District Court*

## NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

## COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ _1,700_ because: On the 9th day of May, 2007, Defendants, Toliver, Parks, did take a large sum of Personal Property, "continued on attach Sheet of Paper"

2. Plaintiff also claims from the defendant court costs in the sum of $ _151_ (see note below), plus $ _____ for interest and $ _____ for lawyers' fees (only if plaintiff is represented by a licensed practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

**CLERK'S ADDRESS:**

_Thomas M. Savage_
Plaintiff or Plaintiff's Attorney (Signature)

Attorney Code _____

Plaintiff's or Plaintiff's Attorney's Phone Number

Clerk's Phone No. _____

(See instructions on the Back)

Date of Filing _____

from the Plaintiff's assign cell, with no intention on returning its to its rightful belonger, which is the Plaintiff, whose name is Thomas Savage, thereby, the Defendants deprived the Plaintiff of Property, without affordden the Plaintiff due process of Notice of Hearing, due process of Hearing, thereby, the Defendants, Oliver, Parks, deprived the Plaintiff of Life, Liberty, and the Pursuit of Happiness, without due process,

JUN 2007 Received District Court



Thomas Arnold Jr. Br/oo
M.C.B.F.
P.O. Box 4599
Montgomery, Alabama
36103.

MONTGOMERY AL 361
14 JUN 2007 PM
USA 41

JUN 15 2007

To: Dist. Ct. Clerk's Office
Dist. Ct. of Montg. County
P.O. Box 1667
Montgomery, Alabama
36101-1667

36152-1667

AVS0350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY     COUNTY

SUMMONS

SM 2007 002188.00
PAMELA R. HIGGINS

IN THE DISTRICT COURT OF MONTGOMERY     COUNTY

THOMAS M SAVAGE VS OFFICER TOLIVER & OFFICER PARKS

SERVE ON: (D001)
SSN: 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

OFFICER ~~TOLIVER~~
251 S LAWRENCE ST
MONTGOMERY     ,AL 36104-0000

PLAINTIFF'S ATTORNEY
*** PRO SE ***

THIS WRIT RETURNED "NOT FOUND" IN MONTGOMERY COUNTY THIS 21 DAY OF Aug 20 07
FOR THE FOLLOWING REASON:
☐ MOVED
☐ NO SUCH ADDRESS
☐ INSUFFICIENT ADDRESS
☒ NEED WORK ADDRESS
☒ NOT EMPLOYED
☐ RETURN TO COURT BY ORDER OF ____
☐ OTHER See attached note

SHERIFF
By A. Cook          D.S.

Enclosure

AVS0350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY    COUNTY

SUMMONS

SM 2007 002188.00
PAMELA R. HIGGINS

IN THE DISTRICT COURT OF MONTGOMERY    COUNTY

THOMAS M SAVAGE VS OFFICER TOLIVER & OFFICER PARKS

SERVE ON: (D002)

SSN: 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

OFFICER PARKS
251 S LAWRENCE ST

MONTGOMERY    ,AL  36104-0000

PLAINTIFF'S ATTORNEY

*** PRO SE ***

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:
FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE COURT CLERK

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(X)  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/16/2007

CLERK: MELISSA RITTENOUR
251 SOUTH LAWRENCE ST.
MONTGOMERY AL 36102-1667
(334)832-1353

RETURN ON SERVICE:

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
(RETURN RECEIPT HERETO ATTACHED)

(X)  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO _Carlos Parks_
IN _Montgomery_ COUNTY, ALABAMA ON (DATE) _8-21-07_

DATE

SERVER SIGNATURE _Major Wanda Johnson_

SERVER ADDRESS _250 S. McDonough Montg, AL_

TYPE OF PROCESS SERVER

OPERATOR: HEE
PREPARED: 08/16/2007

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000261
Cashier ID: khaynes
Transaction Date: 08/30/2007
Payer Name: HASKELL SLAUGHTER YOUNG ET AL
------------------------------------
CIVIL FILING FEE
 For: HASKELL SLAUGHTER YOUNG ET AL
 Case/Party: D-ALM-2-07-CV-000782-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 005277
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

THOMAS M. SAVAGE V. OFFICER
TOLLIVER ET AL

2:07-CV-782-MEF
```