IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

THOMAS SAVAGE,                  )
                                )
    Plaintiff,                  )
                                )
v.                              )    CASE NO. 2:07-cv-0782-MEF
                                )
OFFICER TOLLIVER, *et al.*,     )
                                )
    Defendants.                 )

## **O R D E R**

On September 4, 2007, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED.

2. This case is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915A(b)(1).

DONE this 27th day of September, 2007.

                                       /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE